FAY A. LEWIS, Respondent. *v.* JOSEPH LEWIS, Appellant.
Submitted May 18, 1953; decided May 29, 1953.

*Martin J. Scheiman* for motion.

*Vincent J. Malone* and *Angelo A. Maurino* opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.

In the Matter of MORRIS BERMAN, Appellant, against BERNARD J. GILLROY, as Commissioner of Housing and Buildings of the City of New York, et al., Respondents.

Submitted May 18, 1953; decided May 29, 1953.

Motion for reargument, for amendment of remittitur and to seal the record on appeal denied. [See 305 N. Y. 688.]

In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Temporary Administrator and Executor of BEN HILLMAN, Deceased, Respondent. FRANCIS J. MULLIGAN, as Public Administrator of the County of New York, et al., Appellants.

Submitted May 25, 1953; decided May 29, 1953.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 305 N. Y. 577.]